```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
DANIEL LUNA et al.,                  :
                                     :
                    Plaintiffs,      :
                                     :
    -against-                        :   15 Civ. 7214
                                     :
MARVELL TECHNOLOGY GROUP, et al.,    :      ORDER
                                     :
                    Defendants.      :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

Plaintiff Daniel Luna ("Luna") filed a complaint against Marvell Technology Group, Ltd. ("Marvell"), Sehat Sutardja, Michael Rashkin, and Sukhi Nagesh (collectively, "Defendants") in the Southern District of New York on September 11, 2015. (Dkt. No. 1.) That case was consolidated with two other related cases against the same defendants on November 3, 2015. (Dkt. No. 8.) The Court has reviewed the complaint as well as a letter from Defendants dated November 4, 2015 (Dkt. No. 27), which the Court has deemed a motion for transfer of venue to the Northern District of California.

The complaint and Defendants' correspondence show that all standards for transfer under 28 U.S.C. Section 1404(a) are met. The action could have been filed in the Northern District of California, as Defendant Marvell's headquarters and principal place of business are in the district and all

1

three individual defendants reside and work in the district. The majority of the events described in the complaint, including the preparation of the financial filings referenced in the complaint, occurred in the Northern District of California. Further, the majority of the witnesses and documents relevant to this proceeding are in the Northern District of California. Plaintiffs take no position on Defendants' motion for transfer. Therefore, the Court is persuaded that venue in the Northern District of California would better serve the convenience of parties and witnesses and the interest of justice as required by 28 U.S.C. Section 1404(a). Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to transfer this case to the Northern District of California.

**SO ORDERED.**

Dated:   New York, New York
         18 November 2015

VICTOR MARRERO
U.S.D.J.